B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Central District of California | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Choice Providers Medical Group, APC | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.): 20-1704337 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>17750 Sherman Way, Suite 100<br>Reseda, California 91335<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Los Angeles             ZIP CODE<br>                                         91335 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>FILED<br>SEP 22 2009<br>CLERK<br>CENTRAL<br>BY             ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

✓ Chapter 7    ☐ Chapter 11

INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>✓ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>✓ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br><br>✓ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ✓ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ✓ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>Malek and Chahayed Chiropractic | Case Number<br>1:09-bk-21967-MT | Date<br>09/11/2009 |
|---|---|---|
| Relationship<br>Common Ownership | District<br>Central [San Fernando Valley] | Judge<br>Honorable Maureen Tighe |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1.  ✓ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2.  ✓ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ✓ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>                         or<br>  b.  ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2    Name of Debtor: Choice Providers Medi___

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ _____ President
Signature of Petitioner or Representative (State title)
Allied X-Ray, Inc.                  1-18-09
Name of Petitioner                  Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Lillie Mkrtchyan
18307 Septo Street
Northridge, Ca 91325

x _____ 4-21-09
Signature of Attorney                 Date
Law Offices of Raymond H. Aver, APC
Name of Attorney Firm (if any)
12424 Wilshire Blvd, Ste 720, Los Angeles, Ca 90025
Address
(310) 571-3511
Telephone No.

x /s/ _____
Signature of Petitioner or Representative (State title)
eData Services US, LLC            1-18-09
Name of Petitioner                  Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Fred Kumetz
433 N. Camden Dr. #400
Beverly Hills, Ca 90210

x _____
Signature of Attorney                 Date
Name of Attorney Firm (if any)
Address
Telephone No.

x /s/ _____
Signature of Petitioner or Representative (State title)
RootHere, Inc.                     9-18-09
Name of Petitioner                  Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Joseph Marquiz
25452 Orchard Rim Ln
Lake Forest, Ca 92630

x _____
Signature of Attorney                 Date
Name of Attorney Firm (if any)
Address
Telephone No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner: Allied X-Ray, Inc., 18307 Septo Street, Northridge, California 91325 | Nature of Claim: Business Debts | Amount of Claim: 6,001.14 |
| Name and Address of Petitioner: eData Services US, LLC, 433 N. Camden Drive, # 400, Beverly Hills, California 90210 | Nature of Claim: Business Debts | Amount of Claim: 14,217.15 |
| Name and Address of Petitioner: RootHere, Inc., 25452 Orchard Rim Lane, Lake Forest, California 92630 | Nature of Claim: Business Debts | Amount of Claim: 23,797.92 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims: 123,117.89 |

1 continuation sheets attached

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _[signature]_ <br> Signature of Petitioner or Representative (State title) <br> Marie E. Berglund, Attorney at Law    9-18-09 <br> Name of Petitioner                                  Date Signed <br><br> Name & Mailing Address of Individual <br> Signing in Representative Capacity <br> Marie E. Berglund <br> 1421 Princeton St, Ste A <br> Santa Monica, Ca 90404 | x _____ <br> Signature of Attorney                        Date <br><br> Name of Attorney Firm (If any) <br><br> Address <br><br> Telephone No. |
| x _[signature]_ Dee Steine, CA, Vice President <br> Signature of Petitioner or Representative (State title) <br> Jennings, Steine & Co.               9-18-09 <br> Name of Petitioner                                  Date Signed <br><br> Name & Mailing Address of Individual <br> Signing in Representative Capacity <br> Dee Steine <br> 12100 Wilshire Blvd, 400 <br> Los Angeles, Ca 90025 | x _____ <br> Signature of Attorney                        Date <br><br> Name of Attorney Firm (If any) <br><br> Address <br><br> Telephone No. |
| x _[signature]_ <br> Signature of Petitioner or Representative (State title) <br> Ricoh Business Solutions    9-18-09 <br> Name of Petitioner                                  Date Signed <br><br> Jeremy Landau <br> Name & Mailing Address of Individual <br> Signing in Representative Capacity <br> 21820 Burbank Blvd. #100 S. <br> Woodland Hills, Ca 91367 | x _____ <br> Signature of Attorney                        Date <br><br> Name of Attorney Firm (If any) <br><br> Address <br><br> Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Marie E. Berglund, Attorney at Law, <br> 1421 Princeton St., Ste A, Santa Monica, Ca 90404 | Business Debts | 4,187.50 |
| Jennings, Steine & Co., <br> 12100 Wilshire Blvd, Ste 400, Los Angeles, Ca 90025 | Business Debts | 59,507.50 |
| Ricoh Business Solutions <br> 21820 Burbank Blvd. #100 S., Woodland Hills, Ca 91367 | | 15,406.68 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 123,117.89 |

___0___ continuation sheets attached